STATE OF   NEW YORK

COURT:   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

INDEX NO:   07CIV6610

DateFiled:   7/23/2007

Plaintiff(s)/Petitioner(s)   ECUADORIAN FRUIT CORP.,

Vs.

Defendant(s)/Respondent(s)   A.P. MOLLER-MAERSK AS D/B/A MAERSK SEALAND A/K/A MAERSK LINE

STATE OF   NEW JERSEY                                                                                         SS.

COUNTY OF:  BERGEN

The undersigned deponent,  being duly sworn deposes and say that said deponent is not a party to this action, is over 18 years of age and resides in the State of   NEW JERSEY

Deponent served the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND JUDGE'S RULES

Party Served:   A.P. MOLLER-MAERSK AS D/B/A MAERSK SEALAND A/K/A

At Location:   MAERSK LINE

2 GIRALDA FARMS, MADISON AVENUE

MADISON, NJ  07940

Date of Service   7/31/07                Time of service   1:50pm

☑ _Check boxes that apply to this service:_

☐ **#1, INDIVIDUAL**   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

☑ **#2, CORPORATION**   By delivering to and leaving with _Mark Krrulic_   and that deponent knew the person so served to be the _Claims manager_ of the corporation and authorized to accept service..

☐ **#3, SUITABLE AGE PERSON**   By delivering to and leaving with _____ a person of suitable age and discretion.  Said premises is recipient's  [ ]actual place of business  [ ]dwelling house(usual place of abode) within the state.

☐ **#4, AFFIXING TO DOOR**   By affixing a true copy of each to the door of said premises, which is recipient's  [ ] actual place of business        [ ]dwelling house(usual place of abode) within the state.

☐ **#5, MAILING COPY**   On_____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of_____.
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called threat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

☐ **#6, NON-SERVICE**   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:  [ ] Unknown Address      [ ] Evading
[ ] Moved left no forwarding   [ ] Address does not exist
[ ] Other _____

☑ **#7, DESCRIPTION**   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: M   Color of Skin: White   Color of Hair: Black   Age: 50   Height: 6'0"
Weight: 225   Other Features_____

☐ **#8, WITNESS FEES**   $_____the authorizing traveling expenses and one day's witness fee was paid(tendered) to the recipient.

☐ **#9, MILITARY SERVICE**   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed _____ was not.

Sworn to before me on  8/2/07

_Donna Jean Arciuolo_
DONNA JEAN ARCIUOLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 11/27/07

_James Reap_
James Reap

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

ECUADORIAN FRUIT CORP.

V.

A.P. MOLLER-MAERSK AS D/B/A MAERSK
SEALAND A/KA MAERSK LINE

SUMMONS IN A CIVIL ACTION

07 CIV 6610

CASE NUMBER:

## JUDGE SWAIN

TO: (Name and address of Defendant)

A.P. MOLLER-MAERSK AS D/B/A MAERSK SEALAND
AKA MAERSK LINE
2 GIRALDA FARMS, MADISON AVE.
MADISON, NJ 07940

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THOMAS V. HALLEY
200 CRANDON BLVD. STE 332
KEY BISCAYNE, FL 33149
TEL 305 361-3612, 305 469-0507

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

JUL 2 3 2007

J. MICHAEL McMAHON

CLERK

_____    DATE

(By) DEPUTY CLERK