407-07/EEL
FREEHILL, HOGAN & MAHAR
Attorneys for Defendant
A.P. MOLLER-MAERSK A/S
d/b/a Maersk Sealand
a/k/a Maersk Line
80 Pine Street, 24th Floor
New York, New York 10005-1759
(212) 425-1900
Eric E. Lenck (EL4547)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ECUADORIAN FRUIT CORP.

    Plaintiff,

  against

A.P. MOLLER-MAERSK AS d/b/a MAERSK
SEALAND a/k/a MAERSK LINE,

    Defendant.
-----------------------------------------------------------x

07 CV 6610 (LTS)
ECF CASE

**RULE 7.1 STATEMENT**

  A.P. MOLLER-MAERSK A/S d/b/a Maersk Line a/k/a Maersk Line, by and through its attorneys, Freehill Hogan & Mahar, certifies that it has no corporate parents and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
   August 28, 2007

        FREEHILL, HOGAN & MAHAR LLP
        Attorneys for Defendant
        A.P. MOLLER-MAERSK A/S

        By: _____
        ERIC E. LENCK (EL4547)
        80 Pine Street
        New York, New York 10005-1759
        (212) 425-1900

NYDOCS1/289306.1