407-07/EEL
FREEHILL, HOGAN & MAHAR
Attorneys for Defendant
A.P. MOLLER-MAERSK A/S
d/b/a Maersk Sealand a/k/a Maersk Line
80 Pine Street, 24th Floor
New York, New York 10005-1759
(212) 425-1900
Eric E. Lenck (EL4547)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ECUADORIAN FRUIT CORP.

                Plaintiff,

                against

A.P. MOLLER-MAERSK AS d/b/a MAERSK
SEALAND a/k/a MAERSK LINE,

                Defendant.
------------------------------------------------------------x

07 CV 6610 (LTS)
ECF CASE

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

    I, Hazel S. Rosenthal, being duly sworn say:

    I am not a party to this action, am over 18 years of age and with a place of business at 80 Pine Street, New York, New York 10005. On August 28, 2007, I served the within **ANSWER** upon:

        HALEY & HALEY, P.A.
        Attorneys for Plaintiff
        200 Crandon Blvd. Ste. 332
        Key Biscayne, FL 33149
        Attention: Thomas V. Halley, Esq.

by depositing a true copy of same in a post-paid properly addressed wrapper, in a post-office/ official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                            _____
                                                            Hazel S. Rosenthal

Sworn to before me on this
28th day of August, 2007.

_____
NOTARY PUBLIC

CLARE HENRY
Notary Public, State of New York
No. 01HE4831498
Qualified in Kings County
Certificate in New York County
Commission Expires October 31, 2009

NYDOCS1/289302.1