HALLEY & HALLEY, P.A.
200 CRANDON BLVD., SUITE 332
KEY BISCAYNE, FLORIDA 33149
305 365-1237
Fax: 305 361-3354

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: OCT 1 2 2007

October 11, 2007

BY FAX 212 805-0426
Hon. Laura T. Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Room 755
New York, NY 10007

**MEMO ENDORSED**

RE:   Ecuadorian Fruit Corp. v. A.P. Moller-Maersk AS
      07 Civ. 6610 (LTS)(AJP)

Dear Judge Swain:

I am the attorney for Ecuadorian Fruit Corp., the plaintiff in the referenced action.

I write concerning the pre-trial conference in this matter which is set before you for November 20, 2007 at 4:30 p.m. I request that the conference be conducted by telephone.

I am based in Key Biscayne, Florida although I am admitted to practice in the Southern District. Counsel for the defendant has advised me that he has no objection to a telephone conference. No previous request for relief concerning the conference has been made by either party.

I await your advice.

Sincerely,

Thomas V. Halley

cc Eric Lenck, Esq. - By e-mail

*Plaintiff's counsel's request to appear telephonically is granted. Counsel shall contact the courtroom Deputy (212 805 0424) by November 16, 2007, for call-in instructions.*

SO ORDERED.

_____ 10/11/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE