UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Ecuadorian Fruit Corp.,

                Plaintiff(s),

   -v-

A P Moller-Maersk,

                Defendant(s).
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 1 2007
```

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 6610 (LTS)(AJP)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*
_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___  Settlement* (Principals to participate as required by Magistrate Judge)

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

      Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

      Particular Motion:_____
_____

      All such motions: ____

---

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:   New York, New York
                November 21, 2007

                                            LAURA TAYLOR SWAIN
                                            United States District Judge