UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ECUADORIAN FRUIT CORP.,               :

          Plaintiff,         :      07 Civ. 6610 (LTS) (AJP)

    -against-                       :      <u>ORDER FOR SETTLEMENT CONFERENCE</u>

A.P. MOLLER-MAERSK AS a/k/a MAERSK LINE   :
d/b/a MAERSK SEALAND,
                                  :
          Defendant.
                                  :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        A settlement conference is scheduled for January 25, 2008 at 2:00 p.m. before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street. Counsel attending the conference must have full settlement authority and their client(s) must be present at the conference, as must a representative of the client's insurance company where the decision to settle and/or amount of settlement must be approved by the insurance company.

        On or before January 18, 2008, counsel shall provide a confidential settlement memorandum to my chambers. The memorandum shall not be filed with the Clerk of the Court nor provided to opposing counsel. The memorandum should explain the factual and legal background of the case as it impacts on settlement negotiations; the status of prior settlement discussions between the parties, if any; and the party's settlement proposal (range).

C:\ORD\

The latter should be the realistic settlement range of that party, not just the party's "opening bid." The settlement range in the settlement memorandum will be kept confidential by me and not disclosed to opposing counsel. I strongly <u>suggest</u> that the settlement memorandum not exceed 15 pages (counsel may file a longer memorandum without leave of court if counsel truly believes it is necessary; however, any memorandum in excess of 15 pages must be filed two weeks before the conference).

The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

DATED:   New York, New York
         November 28, 2007

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Thomas V. Halley, Esq.
                              Eric E. Lenck, Esq.
                              Judge Laura Taylor Swain

C:\ORD\