UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ECUADORIAN FRUIT CORP.,                :

             Plaintiff,              :       07 Civ. 6610 (LTS) (AJP)

      -against-                        :       **ORDER OF DISMISSAL ON CONSENT**

A.P. MOLLER-MAERSK AS a/k/a Maersk Line   :
d/b/a Maersk Sealand,
                              :
            Defendant.
                              :
------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on January 25, 2008, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:     New York, New York
             January 25, 2008

                                                    Andrew J. Peck
                                                    United States Magistrate Judge

Copies **by fax & ECF** to:    Thomas V. Halley, Esq.
                                   Eric E. Lenck, Esq.
                                   Judge Laura Taylor Swain